IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cr-00375-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**1.    ROBERT THOMAS KERNAN,**

        Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Allow Dr. Walter Torres Access to Mr. Kernan in the Marshal's Lockup (doc. #27), filed January 25, 2008. The Motion is **GRANTED**. Dr. Walter Torres is permitted access to the defendant in the lockup prior to sentencing on January 30, 2008, for the purpose of conducting a psychological evaluation.

Dated this 28th day of January, 2008.

BY THE COURT:

S/**John L. Kane**
John L. Kane, Senior Judge
United States District Court