IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cr-00375-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**1. ROBERT THOMAS KERNAN,**

        Defendant.

---

**MINUTE ORDER**

---

Judge John L. Kane **ORDERS**

    The Supervised Release Revocation Hearing set for June 25, 2010, is **VACATED AND RESET** for **July 12, 2010 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: June 17, 2010